# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY P. TORELLO, as Administrator of he ESTATE OF RAMON J. TORELLO, Deceased | : Civil Action No. 2:22-cv-01271-JHS<br>:<br>: RULE 7.1 DISCLOSURE STATEMENT<br>: |
| Plaintiff, | : JURY TRIAL DEMANDED<br>: |
| v. | :<br>: |
| PLATINUM HEALTHCARE GROUP, LLC; PLATINUM HEALTH AT WESTGAGE, LLC, d/b/a WESTGATE HILLS REHABILITATION AND NURSING CENTER; APEX GLOBAL SOLUTIONS LLC; APEX HEALTHCARE PARTNERS LLC; VINTAGE HEALTHCARE, LLC; PLATINUM HOLDINGS, LLC; 2050 OLD WEST CHESTER PIKE, LLC; And JACOB KARMEL | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the District Judges and Magistrate Judges of the Court to evaluate the basis for possible disqualification or recusal, the undersigned for the Defendants, Apex Global Solutions LLC, Apex Healthcare Partners LLC, Nathan Stern, and Jacob Karmel certify that neither one has corporate parents, affiliates and/or subsidiaries, which are publicly held.

Dated:  June 22, 2022

Respectfully submitted,

**THE LAW OFFICE OF
JONATHAN D. LEVITAN, LLC**

By:      */s/ Jonathan D. Levitan*
      Jonathan D. Levitan, Esquire
      Attorney ID No. 53098
      430 Williams Road

Wynnewood, PA  19096
Phone:(484) 413-2935
Jonathan@jdlevitanlaw.com
*Attorney for Defendants,*
*Apex Global Solutions LLC, Apex Healthcare*
*Partners LLC, Jacob Karmel, and Nathan Stern*

### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY P. TORELLO, as Administrator of the ESTATE OF RAMON J. TORELLO, deceased, | Case No. 2:22-cv-01271-JHS |
| | JURY TRIAL DEMANDED |
| Plaintiff, | |
| v. | |
| PLATINUM HEALTHCARE GROUP, LLC; PLATINUM HEALTH AT WESTGATE, LLC, d/b/a WESTGATE HILLS REHABILITATION AND NURSING CENTER; APEX GLOBAL SOLUTIONS, LLC; APEX HEALTHCARE PARTNERS, LLC; VINTAGE HEALTHCARE, LLC; PLATINUM PA HOLDINGS, LLC; 2050 OLD WEST CHESTER PIKE, LLC; JACOB KARMEL and NATHAN STERN, | |
| Answering Defendants. | |

### CERTIFICATE OF SERVICE

      I, the undersigned, attorney for Defendants, Apex Global Solutions LLC, Apex Healthcare Partners LLC, Jacob Karmel and Nathan Stern attest and certify that on the date set forth below a true and correct copy of the foregoing *Rule 7.1 Disclosure Statement* was served by means of the ECF of the United States District Court for the Eastern District of Pennsylvania, upon the following person(s) listed below:

William P. Murray, III, Esquire
Mathew T. Stone, Esquire
Murray, Stone & Wilson, PLLC
One Belmont Avenue, Suite 310
Bala Cynwyd, PA 19004
wmurray@mswlawgroup.com
mstone@mswlawgroup.com
*Attorneys for Plaintiff*

Lois M. Shenk
Cipriani & Werner, P.C.
450 Sentry Parkway, Suite 200
Blue Bell, PA 19422
lshenk@c-wlaw.com
*Attorney for Defendants,*
*Platinum Health at Westgate, LLC d/b/a Westgate Hills Rehabilitation and Nursing Center and*
*Vintage Healthcare, LLC*

Dated:  June 22, 2022

**THE LAW OFFICE OF JONATHAN D.
LEVITAN, LLC**

By:    */s/ Jonathan D. Levitan*                
       Jonathan D. Levitan, Esquire