# EXHIBIT "C"

-----Original Message-----
From: Matthew Stone
Sent: Friday, January 20, 2023 11:05 AM
To: Lois Shenk <LShenk@c-wlaw.com>
Cc: Josselynn Hernandez <jhernandez@mswlawgroup.com>
Subject: RE: Torello

Hi Lois,

We are going to have a file a motion if we don't get any dates.

Matt