# EXHIBIT "E"



Murray, Stone & Wilson, PLLC
One Belmont Avenue
Suite 310
Bala Cynwyd, PA 19004
(215) 947-5300

February 2, 2023

**Via Email: lshenk@c-wlaw.com**
Lois M. Shenk, Esquire
450 Sentry Parkway; Suite 200
Blue Bell, PA 19422
(610)567-0700

  **Re:** **Torello vs. Platinum Healthcare Group, LLC; Platinum Health at Westgate, LLC d/b/a Westgate Hills Rehabilitation and Nursing Center et al.**
    United States District Court for the Eastern District of Pennsylvania
    Civil Case No.: 2:22-cv-01271

Dear Counsel,

  Attached please find Plaintiff's Notices of Depositions directed the following individuals:

- Carmella Kane
- Mark Stern
- Istate Mansaray
- Mary Diamond
- 30(b)(6) Individual Most Knowledgeable about the receipt and flow of revenues into the Facility
- 30(b)(6) Individual Most Knowledgeable about the retention of electronic communications
- 30(b)(6) Individual Most Knowledgeable about Provision of Services at the Facility by Prestige Healthcare A.S. LLC
- Ephraim Morris

  As detailed in the enclosed Notices, the depositions will take place from **Tuesday, February 21, 2023** through **Friday February 24, 2023,** via a Zoom video conference. Remote conferencing instructions will be forwarded upon receipt.

  If you should have any questions regarding the attached, please do not hesitate to contact me.

        Respectfully,
        **MURRAY, STONE & WILSON, PLLC**

         /s/ Matthew T. Stone
        Matthew T. Stone, Esquire
        *mstone@mswlawgroup.com*

MTS/jh
Enclosure
CC: Jonathan D. Levitan, E squire (via email w/ encl: Jonathan@jdlevitanlaw.com)
   Mark A. Humphrey, Esquire (via email w/ encl:mark@humphreylawgrouppa.com)

| MURRAY, STONE & WILSON, PLLC | THIS IS NOT AN ABRITRATION |
| Matthew T. Stone, Esquire | CASE. ASSESSMENT OF DAMAGES |
| Attorney Identification No. 206409 | IS REQUIRED; JURY TRIAL DEMANDED. |
| One Belmont Avenue, Suite 310 | |
| Bala Cynwyd, Pennsylvania 19004 | |
| Phone: (215) 947-5300 | |
| Email: mstone@mswlawgroup.com | *Attorneys for Plaintiff* |

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NANCY P. TORELLO, as Administratrix for the ESTATE OF RAMON J. TORELLO, deceased<br><br>Plaintiff,<br><br>-vs-<br><br>PLATINUM HEALTHCARE GROUP, LLC; PLATINUM HEALTH AT WESTGATE, LLC, d/b/a WESTGATE HILLS REHABILITATION AND NURSING CENTER; APEX GLOBAL SOLUTIONS, LLC; APEX HEALTHCARE PARTNERS, LLC; VINTAGE HEALTHCARE, LLC; PLATINUM HOLDINGS, LLC; 2050 OLD WEST CHESTER PIKE, LLC; JACOB KARMEL; and NATHAN STERN,<br><br>Defendants. | Civil No. 22-cv-1271<br><br><br><br><br><br><br><br>**NOTICE OF DEPOSITION DIRECTED TO CARMELLA KANE** |

TO: **CARMELLA KANE**
      c/o Lois M. Shenk, Esquire
      450 Sentry Parkway; Suite 200
      Blue Bell, PA 19422

     Please take notice that Plaintiff Nancy P. Torello, as Administratrix for the Estate of

Ramon J. Torello, deceased, by and through her counsel, Murray, Stone & Wilson, PLLC, will

take the video deposition upon oral examination in accordance with the Federal Rules of Civil

Procedure of **CARMELLA KANE** on **Tuesday, February 21, 2023**, beginning at **10:00 a.m.**, via Zoom, with respect to all matters relevant to the within action.

The witness is instructed to bring to the deposition the following: (i) current resumé or curriculum vitae.

This deposition will be taken pursuant to the Federal Rules of Civil Procedure, before a notary public or some other officer authorized by law to administer oaths, will continue from day to day until completed, and will be recorded by videographic and stenographic means.

                                      **MURRAY, STONE & WILSON, PLLC**
                                      *Attorneys for Plaintiff*

Date:  February 2, 2023             By:   /s/ *Matthew T. Stone*
                                                  Matthew T. Stone, Esquire

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing *Notice of Deposition* was served on counsel for the Defendants via electronic mail, as follows:

Lois M. Shenk, ID No. 42455
450 Sentry Parkway; Suite 200
Blue Bell, PA 19422
(610) 567-0700
Email: lshenk@c-wlaw.com
*Attorneys for Defendants, Platinum Healthcare at Westgate, LLC d/b/a Westgate Hills and Vintage Healthcare, LLC*

Jonathan D. Levitan, Esquire
The Law Office of Jonathan D. Levitan, LLC
430 Williams Road
Wynnewood, PA 19096
Email: Jonathan@jdlevitanlaw.com
*Attorney for Defendants, Apex Global Solutions LLC, Apex Healthcare Partners LLC, Jacob Karmel, and Nathan Stern*

Mark A. Humphrey
Humphrey Law Group
1173 Spring Centre Blvd South C
Altamonte Springs, FL 32714
Email: mark@humphreylawgrouppa.com

**MURRAY, STONE & WILSON, PLLC**
*Attorneys for Plaintiff*

Date: February 2, 2023        By: /s/ *Matthew T. Stone*
                                  Matthew T. Stone, Esquire

| | |
|---|---|
| **MURRAY, STONE & WILSON, PLLC**<br>Matthew T. Stone, Esquire<br>Attorney Identification No. 206409<br>One Belmont Avenue, Suite 310<br>Bala Cynwyd, Pennsylvania 19004<br>Phone: (215) 947-5300<br>Email: mstone@mswlawgroup.com | THIS IS NOT AN ABRITRATION CASE. ASSESSMENT OF DAMAGES IS REQUIRED; JURY TRIAL DEMANDED.<br><br>*Attorneys for Plaintiff* |

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY P. TORELLO, as Administratrix for the ESTATE OF RAMON J. TORELLO, deceased<br><br>      Plaintiff,<br><br>-vs-<br><br>PLATINUM HEALTHCARE GROUP, LLC; PLATINUM HEALTH AT WESTGATE, LLC, d/b/a WESTGATE HILLS REHABILITATION AND NURSING CENTER; APEX GLOBAL SOLUTIONS, LLC; APEX HEALTHCARE PARTNERS, LLC; VINTAGE HEALTHCARE, LLC; PLATINUM HOLDINGS, LLC; 2050 OLD WEST CHESTER PIKE, LLC; JACOB KARMEL; and NATHAN STERN,<br><br>      Defendants. | Civil No. 22-cv-1271<br><br><br><br><br><br><br><br>**NOTICE OF DEPOSITION DIRECTED TO ISTATE MANSARAY** |

TO:     **ISTATE MANSARAY**
           c/o Lois M. Shenk, Esquire
           450 Sentry Parkway; Suite 200
           Blue Bell, PA 19422

      Please take notice that Plaintiff Nancy P. Torello, as Administratrix for the Estate of

Ramon J. Torello, deceased, by and through her counsel, Murray, Stone & Wilson, PLLC, will

take the video deposition upon oral examination in accordance with the Federal Rules of Civil

Procedure of **ISTATE MANSARAY** on **Wednesday, February 22, 2023**, beginning at **10:00 a.m.**, via Zoom, with respect to all matters relevant to the within action.

The witness is instructed to bring to the deposition the following: (i) current resumé or curriculum vitae.

This deposition will be taken pursuant to the Federal Rules of Civil Procedure, before a notary public or some other officer authorized by law to administer oaths, will continue from day to day until completed, and will be recorded by videographic and stenographic means.

                                       **MURRAY, STONE & WILSON, PLLC**
                                       *Attorneys for Plaintiff*

Date:  February 2, 2023               By:   /s/ *Matthew T. Stone*
                                                              Matthew T. Stone, Esquire

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing *Notice of Deposition* was served on counsel for the Defendants via electronic mail, as follows:

Lois M. Shenk, ID No. 42455
450 Sentry Parkway; Suite 200
Blue Bell, PA 19422
(610) 567-0700
Email: lshenk@c-wlaw.com
*Attorneys for Defendants, Platinum Healthcare at Westgate, LLC d/b/a Westgate Hills and Vintage Healthcare, LLC*

Jonathan D. Levitan, Esquire
The Law Office of Jonathan D. Levitan, LLC
430 Williams Road
Wynnewood, PA 19096
Email: Jonathan@jdlevitanlaw.com
*Attorney for Defendants, Apex Global Solutions LLC, Apex Healthcare Partners LLC, Jacob Karmel, and Nathan Stern*

Mark A. Humphrey
Humphrey Law Group
1173 Spring Centre Blvd South C
Altamonte Springs, FL 32714
Email: mark@humphreylawgrouppa.com

                                                  **MURRAY, STONE & WILSON, PLLC**
                                                  *Attorneys for Plaintiff*

Date: February 2, 2023                     By: /s/ *Matthew T. Stone*
                                                         Matthew T. Stone, Esquire

| MURRAY, STONE & WILSON, PLLC | THIS IS NOT AN ABRITRATION |
|---|---|
| Matthew T. Stone, Esquire | CASE.  ASSESSMENT OF DAMAGES |
| Attorney Identification No. 206409 | IS REQUIRED; JURY TRIAL DEMANDED. |
| One Belmont Avenue, Suite 310 | |
| Bala Cynwyd, Pennsylvania 19004 | |
| Phone: (215) 947-5300 | |
| Email: mstone@mswlawgroup.com | *Attorneys for Plaintiff* |

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY P. TORELLO, as Administratrix for the ESTATE OF RAMON J. TORELLO, deceased<br><br>Plaintiff,<br><br>-vs-<br><br>PLATINUM HEALTHCARE GROUP, LLC; PLATINUM HEALTH AT WESTGATE, LLC, d/b/a WESTGATE HILLS REHABILITATION AND NURSING CENTER; APEX GLOBAL SOLUTIONS, LLC; APEX HEALTHCARE PARTNERS, LLC; VINTAGE HEALTHCARE, LLC; PLATINUM HOLDINGS, LLC; 2050 OLD WEST CHESTER PIKE, LLC; JACOB KARMEL; and NATHAN STERN,<br><br>    Defendants. | Civil No. 22-cv-1271<br><br><br><br><br><br>**NOTICE OF DEPOSITION DIRECTED TO MARK STERN** |

TO: **MARK STERN**
       c/o Lois M. Shenk, Esquire
       450 Sentry Parkway; Suite 200
       Blue Bell, PA 19422

    Please take notice that Plaintiff Nancy P. Torello, as Administratrix for the Estate of

Ramon J. Torello, deceased, by and through her counsel, Murray, Stone & Wilson, PLLC, will

take the video deposition upon oral examination in accordance with the Federal Rules of Civil

Procedure of **MARK STERN** on **Tuesday, February 21, 2023**, beginning at **1:00 p.m.**, via Zoom, with respect to all matters relevant to the within action.

The witness is instructed to bring to the deposition the following: (i) current resumé or curriculum vitae.

This deposition will be taken pursuant to the Federal Rules of Civil Procedure, before a notary public or some other officer authorized by law to administer oaths, will continue from day to day until completed, and will be recorded by videographic and stenographic means.

                                              **MURRAY, STONE & WILSON, PLLC**
                                              *Attorneys for Plaintiff*

Date:  February 2, 2023                By:   /s/ *Matthew T. Stone*
                                                                Matthew T. Stone, Esquire

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing *Notice of Deposition* was served on counsel for the Defendants via electronic mail, as follows:

Lois M. Shenk, ID No. 42455
450 Sentry Parkway; Suite 200
Blue Bell, PA 19422
(610) 567-0700
Email: lshenk@c-wlaw.com
*Attorneys for Defendants, Platinum Healthcare at Westgate, LLC d/b/a Westgate Hills and Vintage Healthcare, LLC*

Jonathan D. Levitan, Esquire
The Law Office of Jonathan D. Levitan, LLC
430 Williams Road
Wynnewood, PA 19096
Email: Jonathan@jdlevitanlaw.com
*Attorney for Defendants, Apex Global Solutions LLC, Apex Healthcare Partners LLC, Jacob Karmel, and Nathan Stern*

Mark A. Humphrey
Humphrey Law Group
1173 Spring Centre Blvd South C
Altamonte Springs, FL 32714
Email: mark@humphreylawgrouppa.com

**MURRAY, STONE & WILSON, PLLC**
*Attorneys for Plaintiff*

Date: February 2, 2023      By: /s/ *Matthew T. Stone*
                                 Matthew T. Stone, Esquire

| MURRAY, STONE & WILSON, PLLC | THIS IS NOT AN ABRITRATION |
|---|---|
| Matthew T. Stone, Esquire | CASE.  ASSESSMENT OF DAMAGES |
| Attorney Identification No. 206409 | IS REQUIRED; JURY TRIAL DEMANDED. |
| One Belmont Avenue, Suite 310 | |
| Bala Cynwyd, Pennsylvania 19004 | |
| Phone: (215) 947-5300 | |
| Email: mstone@mswlawgroup.com | *Attorneys for Plaintiff* |

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY P. TORELLO, as Administratrix for the ESTATE OF RAMON J. TORELLO, deceased<br><br>Plaintiff,<br><br>-vs-<br><br>PLATINUM HEALTHCARE GROUP, LLC; PLATINUM HEALTH AT WESTGATE, LLC, d/b/a WESTGATE HILLS REHABILITATION AND NURSING CENTER; APEX GLOBAL SOLUTIONS, LLC; APEX HEALTHCARE PARTNERS, LLC; VINTAGE HEALTHCARE, LLC; PLATINUM HOLDINGS, LLC; 2050 OLD WEST CHESTER PIKE, LLC; JACOB KARMEL; and NATHAN STERN,<br><br>    Defendants. | Civil No. 22-cv-1271<br><br><br><br><br><br>**NOTICE OF DEPOSITION DIRECTED TO 30(b)(6) THE INDIVIDUAL MOST KNOWLEDGEABLE ABOUT THE RECEIPT AND FLOW OF REVENUES INTO THE FACILITY** |

TO:    **30(b)(6)THE INDIVIDUAL MOST KNOWLEDGEABLE ABOUT THE RECEIPT AND FLOW OF REVENUES INTO THE FACILITY**
          c/o Lois M. Shenk, Esquire
          450 Sentry Parkway; Suite 200
          Blue Bell, PA 19422

      Please take notice that Plaintiff Nancy P. Torello, as Administratrix for the Estate of

Ramon J. Torello, deceased, by and through her counsel, Murray, Stone & Wilson, PLLC, will

take the video deposition upon oral examination in accordance with the Federal Rules of Civil

Procedure of 30(b)(6) the individual Most Knowledgeable about the receipt and flow of revenues into the Facility on **Thursday, February 23, 2023**, beginning at **10:00 a.m.**, via Zoom, with respect to all matters relevant to the within action.

The witness is instructed to bring to the deposition the following: (i) current resumé or curriculum vitae.

This deposition will be taken pursuant to the Federal Rules of Civil Procedure, before a notary public or some other officer authorized by law to administer oaths, will continue from day to day until completed, and will be recorded by videographic and stenographic means.

                                        **MURRAY, STONE & WILSON, PLLC**
                                        *Attorneys for Plaintiff*

Date:  February 2, 2023                By:   /s/ *Matthew T. Stone*
                                                               Matthew T. Stone, Esquire

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing *Notice of Deposition* was served on counsel for the Defendants via electronic mail, as follows:

Lois M. Shenk, ID No. 42455
450 Sentry Parkway; Suite 200
Blue Bell, PA 19422
(610) 567-0700
Email: lshenk@c-wlaw.com
*Attorneys for Defendants, Platinum Healthcare at Westgate, LLC d/b/a Westgate Hills and Vintage Healthcare, LLC*

Jonathan D. Levitan, Esquire
The Law Office of Jonathan D. Levitan, LLC
430 Williams Road
Wynnewood, PA 19096
Email: Jonathan@jdlevitanlaw.com
*Attorney for Defendants, Apex Global Solutions LLC, Apex Healthcare Partners LLC, Jacob Karmel, and Nathan Stern*

Mark A. Humphrey
Humphrey Law Group
1173 Spring Centre Blvd South C
Altamonte Springs, FL 32714
Email: mark@humphreylawgrouppa.com

                                                **MURRAY, STONE & WILSON, PLLC**
                                                *Attorneys for Plaintiff*

Date: February 2, 2023                    By: /s/ *Matthew T. Stone*
                                                                            Matthew T. Stone, Esquire

| MURRAY, STONE & WILSON, PLLC | THIS IS NOT AN ABRITRATION |
|---|---|
| Matthew T. Stone, Esquire | CASE. ASSESSMENT OF DAMAGES |
| Attorney Identification No. 206409 | IS REQUIRED; JURY TRIAL DEMANDED. |
| One Belmont Avenue, Suite 310 | |
| Bala Cynwyd, Pennsylvania 19004 | |
| Phone: (215) 947-5300 | |
| Email: mstone@mswlawgroup.com | *Attorneys for Plaintiff* |

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY P. TORELLO, as Administratrix for the ESTATE OF RAMON J. TORELLO, deceased<br><br>Plaintiff,<br><br>-vs-<br><br>PLATINUM HEALTHCARE GROUP, LLC; PLATINUM HEALTH AT WESTGATE, LLC, d/b/a WESTGATE HILLS REHABILITATION AND NURSING CENTER; APEX GLOBAL SOLUTIONS, LLC; APEX HEALTHCARE PARTNERS, LLC; VINTAGE HEALTHCARE, LLC; PLATINUM HOLDINGS, LLC; 2050 OLD WEST CHESTER PIKE, LLC; JACOB KARMEL; and NATHAN STERN,<br><br>Defendants. | Civil No. 22-cv-1271<br><br><br><br><br><br>**NOTICE OF DEPOSITION DIRECTED TO MARY DIAMOND** |

TO: **MARY DIAMOND**
c/o Lois M. Shenk, Esquire
450 Sentry Parkway; Suite 200
Blue Bell, PA 19422

Please take notice that Plaintiff Nancy P. Torello, as Administratrix for the Estate of

Ramon J. Torello, deceased, by and through her counsel, Murray, Stone & Wilson, PLLC, will

take the video deposition upon oral examination in accordance with the Federal Rules of Civil

Procedure of **MARY DIAMOND** on **Wednesday, February 22, 2023**, beginning at **1:00 p.m.**, via Zoom, with respect to all matters relevant to the within action.

The witness is instructed to bring to the deposition the following: (i) current resumé or curriculum vitae.

This deposition will be taken pursuant to the Federal Rules of Civil Procedure, before a notary public or some other officer authorized by law to administer oaths, will continue from day to day until completed, and will be recorded by videographic and stenographic means.

                                    **MURRAY, STONE & WILSON, PLLC**
                                    *Attorneys for Plaintiff*

Date:  February 2, 2023                By:   /s/ *Matthew T. Stone*
                                                     Matthew T. Stone, Esquire

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing *Notice of Deposition* was served on counsel for the Defendants via electronic mail, as follows:

Lois M. Shenk, ID No. 42455
450 Sentry Parkway; Suite 200
Blue Bell, PA 19422
(610) 567-0700
Email: lshenk@c-wlaw.com
*Attorneys for Defendants, Platinum Healthcare at Westgate, LLC d/b/a Westgate Hills and Vintage Healthcare, LLC*

Jonathan D. Levitan, Esquire
The Law Office of Jonathan D. Levitan, LLC
430 Williams Road
Wynnewood, PA 19096
Email: Jonathan@jdlevitanlaw.com
*Attorney for Defendants, Apex Global Solutions LLC, Apex Healthcare Partners LLC, Jacob Karmel, and Nathan Stern*

Mark A. Humphrey
Humphrey Law Group
1173 Spring Centre Blvd South C
Altamonte Springs, FL 32714
Email: mark@humphreylawgrouppa.com

 

**MURRAY, STONE & WILSON, PLLC**
*Attorneys for Plaintiff*

Date: February 2, 2023

By: /s/ *Matthew T. Stone*
     Matthew T. Stone, Esquire