# EXHIBIT "F"

| | |
|---|---|
| **From:** | Lois Shenk <LShenk@c-wlaw.com> |
| **Sent:** | Wednesday, February 15, 2023 2:05 PM |
| **To:** | Matthew Stone; mark@humphreylawgrouppa.com; Jon Levitan |
| **Cc:** | Josselynn Hernandez; 'Amanda Stack'; Kandy Fling |
| **Subject:** | RE: Torello |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Matt,

I can produce Carmella Kane for a deposition and if Istate Mansaray and Mary Diamond still work at the facility I can produce them for deposition.

Please provide some other dates for those depositions.

Thank you,  Lois

**LOIS M. SHENK, ESQUIRE| Partner**

# CIPRIANI & WERNER PC

450 SENTRY PARKWAY, SUITE 200 | BLUE BELL, PA  19422
**(MAIN)** (610) 567-0700; **(DIRECT)** (610) 862-1868; **(CELL)** (215) 510-4822; **(FAX)** (610) 567-0712 | lshenk@c-wlaw.com

**From:** Matthew Stone <mstone@mswlawgroup.com>
**Sent:** Wednesday, February 15, 2023 1:54 PM
**To:** Lois Shenk <LShenk@c-wlaw.com>; mark@humphreylawgrouppa.com; Jon Levitan <jonathan@jdlevitanlaw.com>
**Cc:** Josselynn Hernandez <jhernandez@mswlawgroup.com>; 'Amanda Stack' <amanda@humphreylawgrouppa.com>; Kandy Fling <KFling@c-wlaw.com>
**Subject:** RE: Torello

Lois,

I have asked three times for deposition dates before sending out the notices.  I am going to have to file a motion.

Further, I take from your email that you do not represent Mark Stern or Ephraim Morris and we will contact them directly.

Istate Mansaray and Mary Diamond were Mr. Torello's caregivers at your client's facility.

Matt

**Matthew T. Stone, Esq.**
**Shareholder**

1



One Belmont Avenue, Suite 310
Bala Cynwyd, PA 19004
**Phone: 215.947.5300**
**Fax: 813 251-2209**
mstone@mswlawgroup.com
www.mswlawgroup.com

---

**From:** Lois Shenk <LShenk@c-wlaw.com>
**Sent:** Wednesday, February 15, 2023 1:50 PM
**To:** Matthew Stone <mstone@mswlawgroup.com>; mark@humphreylawgrouppa.com; Jon Levitan <jonathan@jdlevitanlaw.com>
**Cc:** Josselynn Hernandez <jhernandez@mswlawgroup.com>; 'Amanda Stack' <amanda@humphreylawgrouppa.com>; Kandy Fling <KFling@c-wlaw.com>
**Subject:** RE: Torello

Hello Matt,

Unfortunately,  I am not free on the dates your office selected.

Also:

1. Prestige Healthcare A.S. LLC is not a party.

2. Mark Stern and  Ephraim Morris are not named defendants and therefore this is not proper service of a subpoena for their depositions

3. Who are Istate Mansaray and Mary Diamond


Lois


**LOIS M. SHENK, ESQUIRE| Partner**

# CIPRIANI & WERNER PC

450 SENTRY PARKWAY, SUITE 200 | BLUE BELL, PA  19422
**(MAIN)** (610) 567-0700; **(DIRECT)** (610) 862-1868; **(CELL)** (215) 510-4822; **(FAX)** (610) 567-0712 | lshenk@c-wlaw.com

---

**From:** Matthew Stone <mstone@mswlawgroup.com>
**Sent:** Wednesday, February 15, 2023 1:36 PM
**To:** Lois Shenk <LShenk@c-wlaw.com>; mark@humphreylawgrouppa.com; Jon Levitan <jonathan@jdlevitanlaw.com>

2

**Cc:** Josselynn Hernandez <jhernandez@mswlawgroup.com>; 'Amanda Stack' <amanda@humphreylawgrouppa.com>
**Subject:** Torello

Good afternoon Counsel,

Please advise whether the depositions of the noticed witnesses are going forward next week.

Matt

**Matthew T. Stone, Esq.**
**Shareholder**



One Belmont Avenue, Suite 310
Bala Cynwyd, PA 19004
**Phone: 215.947.5300**
**Fax: 813 251-2209**
mstone@mswlawgroup.com
www.mswlawgroup.com

3