

Murray, Stone & Wilson, PLLC
One Belmont Avenue
Suite 310
Bala Cynwyd, PA 19004
(215) 947-5300

March 21, 2023

Honorable Joel H. Slomsky
13614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    **Torello vs. Platinum Healthcare Group, LLC; Platinum Health at Westgate, LLC d/b/a Westgate Hills Rehabilitation and Nursing Center et al.**
           United States District Court for the Eastern District of Pennsylvania
           Civil Case No.: 2:22-cv-01271

Dear Judge Slomsky:

    This firm is counsel to the Plaintiff in the above-captioned action. There is currently a hearing scheduled to take place on March 22, 2023.

    I am writing to advise Your Honor that all parties to this matter have agreed to an out-of-court settlement that resolves all claims. Accordingly, all other currently scheduled items may be removed from the Court's calendar. Our office will file a Stipulation of Dismissal at the appropriate time.

    If the Court should require any additional information concerning this matter, please do not hesitate to contact my office at (215) 947-5300.

    Thank you for Your Honor's consideration of this matter.

                                                        Sincerely,

                                                       **MURRAY, STONE & WILSON, PLLC**

                                                       */s/ Matthew T. Stone*
                                                       Matthew T. Stone, Esquire
                                                       mstone@mswlawgroup.com

MTS/jh
Cc:    Jonathan D. Levitan, Esquire
        Mark A. Humphrey, Esquire
        Lois M. Shenk, Esquire