

Murray, Stone & Wilson, PLLC
One Belmont Avenue
Suite 310
Bala Cynwyd, PA 19004
(215) 947-5300

May 12, 2023

Honorable Joel H. Slomsky
13614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    **Torello vs. Platinum Healthcare Group, LLC; Platinum Health at Westgate, LLC d/b/a Westgate Hills Rehabilitation and Nursing Center et al.**
           United States District Court for the Eastern District of Pennsylvania
           Civil Case No.:  2:22-cv-01271

Dear Judge Slomsky:

    This undersigned is counsel to the Plaintiff in the above-captioned action. As the court is aware, the parties have reached an out- of-court settlement in this matter. I am writing to advise Your Honor that Plaintiff will file a Petition to settle upon conclusion of ongoing lien negotiations.

    If the Court should require any additional information concerning this matter, please do not hesitate to contact my office at (215) 947-5300.

    Thank you for Your Honor's consideration of this matter.

                           Sincerely,

                            **MURRAY, STONE & WILSON, PLLC**

                            _/s/ Matthew T. Stone_
                            Matthew T. Stone, Esquire
                            mstone@mswlawgroup.com

MTS/jh
Cc:    Jonathan D. Levitan, Esquire
        Mark A. Humphrey, Esquire
        Lois M. Shenk, Esquire